144 P.3d 560

# SUPREME COURT OF HAWAIʻI

| | | | |
|---|---|---|---|
| Hawaii Medical Ass'n v. Hawaii Medical Service Ass'n, Inc. . . . . . . | 25923, 25924 | 10/25/2006 Denied | 113 Hawaiʻi 77, 148 P.3d 1179 |